■ In the Matter of the Claim of CLINTON S. COOK, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion to dismiss

appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before February 23, 1960, and is ready for argument at the March Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.